UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL ARTHUR RIVARD,

    Plaintiff,

                              Case No.: 1:14-cv-1131

v.

                              HONORABLE PAUL L. MALONEY

CARL SMITH,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 15). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendant's motion for summary judgment (ECF No. 11) is **GRANTED** and plaintiff's claim against the defendant is **DISMISSED**.


Dated: March 29, 2016                                  /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge