UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL ARTHUR RIVARD,

       Plaintiff,

                                       Case No. 1:14-cv-1131

v.

                                       HONORABLE PAUL L. MALONEY

CARL SMITH,

       Defendants,

_____  _/

## JUDGMENT

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered.  A notice of appeal must

ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date:   March 29, 2016                           /s/ Paul L. Maloney_____

                                             Paul L. Maloney
                                             United States District